NUMBER 13-05-007-CR

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

 

 

 

ARON GARZA VEGA,                                                Appellant,

 

                                           v.

 

THE
STATE OF TEXAS,                                              Appellee.

 

 

 

                  On appeal from the 92nd
 District Court

                           of Hidalgo
County, Texas.

 

 

 

          DISSENTING OPINION ON DESIGNATION

 

                     Before Justices Hinojosa,
Yañez, and Castillo

                                  Opinion by
Justice Castillo

 

 

 

 

Respectfully, I believe the opinion and the dissent
meet the requirements to be designated a published opinion under the criteria
of rule 47.4.  See Tex. R. App. P. 47.4.  Rule 47.4 states, in pertinent part:








An opinion must  be designated a memorandum opinion unless it
does any of the folllowing:       

 

(a) establishes a new rule of
law, alters or modifies an existing rule, or applies an existing rule to a
novel fact situation likely to recur in future cases;           

 

(b) involves issues of constitutional law or other
legal issues important to the jurisprudence of Texas; 

 

(c) criticizes existing law; or  

 

(d) resolves an apparent conflict of authority.    

 

Tex. R. App. P.
47.4. (Emphasis added).  The majority opinion and the dissent do not
meet any of the criteria with respect to designation and, thus, designation as
an "opinion" is the exception and not the rule.  See id.  Because I would designate the opinion as a
memorandum opinion, I respectfully disagree with the panel majority with
respect to designation.  Id.  Even so, I am pleased that the parties
receive their answer today, under either designation.  

ERRLINDA CASTILLO

Justice                    

        

 

      

Publish.[1]

Tex.
R. App. P.
47.2(b)

 

Dissenting Opinion
delivered and filed

this 27th  day of July, 2006.

 

 

 











[1] The designation of this opinion is also mandated by the majority's
decision on designation.